United States District Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JONATHAN ADONAY PENA §
FLORES, §
§
    Petitioner, § CIVIL ACTION NO. H-26-997
§
vs. §
§
WARDEN, Joe Corley Processing §
Center, *et al.*, §
§
    Respondents. §

### ORDER OF DISMISSAL

Counsel for the petitioner has filed a Notice of Withdrawal, asking that this matter be dismissed as moot.  (Docket Entry No. 15).  Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, this case is **dismissed without prejudice** as moot.  Any pending motions are **denied as moot**.

SIGNED on April 29, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge